THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE CLOUTIER<br>400 North LaSalle, #1501<br>Chicago, IL 60610<br><br>     Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN  46285<br><br>     Defendant. | CIVIL ACTION 1:08-cv-00308 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

       Respectfully submitted,

       SHOOK, HARDY & BACON, L.L.P.

       /s/ John Chadwick Coots
       John Chadwick Coots, D.C. Bar No. 461979
       600 14TH Street, N.W., Suite 800
       Washington, D.C.  20005-2004
       (202) 783-8400  Telephone
       (202) 783-4211 Facsimile

       **ATTORNEY FOR DEFENDANT**
       **ELI LILLY AND COMPANY**

146062v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 26th day of February, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
**Attorneys for Plaintiffs**

<u>/s/ John Chadwick Coots</u>
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

146062v1