UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET CLOUTIER,**<br><br>            **Plaintiff,**<br><br>        v.<br><br>**ELI LILLY AND CO.,**<br><br>            **Defendant.** | Civil Action 08-00308  (HHK)(AK) |

**ORDER REFERRING ACTION TO UNITED STATES MAGISTRATE JUDGE
ALAN KAY FOR THE PURPOSE OF MEDIATION**

It is this 1st day of April 2008, hereby

**ORDERED** that the above captioned case be and is hereby referred to United States Magistrate Judge Alan Kay for the purpose of conducting mediation proceedings to conclude by November 26, 2008.  The parties are to jointly contact the assigned Magistrate Judge in order to schedule the proceedings.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge