REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: B

| CAUSE OF ACTION: | 28:1332 Diversity-Product Liability | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 08-308 | DATE REFERRED:<br>4/1/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>KENNEDY | MAG. JUDGE<br>KAY |

| PLAINTIFF(S):<br>JANICE CLOUTIER | DEFENDANT(S):<br>ELI LILLY AND COMPANY |
|---|---|

ENTRIES: