CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JANET CLOUTIER )
)
)
         Plaintiff )
  v. ) Civil Case Number 08-0308 (RCL)
)
) Category B
ELI LILLY AND COMPANY )
)
         Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 4, 2008 from Judge Henry H. Kennedy, Jr. to Chief Judge Royce C. Lamberth by direction of the Calendar Committee.

(Chief Judge Royce C. Lamberth consented to the transfer.)

                                    JUDGE ELLEN SEGAL HUVELLE
                                    Chair, Calendar and Case
                                    Management Committee

cc:   Chief Judge Lamberth & Courtroom Deputy
       Judge Kennedy & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk