IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE CLOUTIER,<br><br>    Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.: 08-0308 (~~JHK~~) RCL<br><br>FILED<br>AUG - 7 2008<br>Clerk, U.S. District and Bankruptcy Courts |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon plaintiff Janice Cloutier's and defendant Eli Lilly and Company's ("Lilly") Stipulation and Motion to Dismiss with Prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for plaintiff and Lilly, and pursuant to FED. R. CIV. P. 41(a)(1)(ii):

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, with each party to bear its own costs.

Dated this 7th day of August, 2008.

_____
Royce C. Lamberth
United States District Court Judge

cc:    Appended list of counsel of record

3

150264v1

## COUNSEL OF RECORD

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Michelle R. Mangrum, Esq.
John Chadwick Coots, Esq.
Ericka L. Kleiman, Esq.
Shook, Hardy & Bacon, L.L.P.
600 14th Street, NW, Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant**
**Eli Lilly and Company**

4

150264v1